# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

United States of America,
    Plaintiff

Case No. 11-15350
Hon. Robert H. Cleland

-v-

Michael A. Elder aka Michael Floyd,
    Defendant

---

## ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS

---

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. See Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, Michael A. Elder aka Michael Floyd, with the summons and a copy of the complaint by:

    (A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 19724 Patton, Detroit, Michigan 48219;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

Dated:

U.S. DISTRICT JUDGE